UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| RANDI FISHER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:11-cv-242 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| Defendants. | ) | |
| _____ | ) | |

By notice entered October 3, 2011 (docket # 27), this court scheduled a settlement conference in Grand Rapids, Michigan, for all attorneys in this case. The settlement conference was scheduled for November 22, 2011, at 2:00 p.m. All defense counsel appeared for the conference, but plaintiffs' counsel failed to appear. Therefore:

IT IS ORDERED that attorneys Brian J. McKeen and Phillip B. Toutant appear personally before this court on **Tue., December 6, 2011, at 3:00 p.m.**, Courtroom 740, Ford Federal Building, 110 Michigan St., N.W., Grand Rapids, Michigan, and show cause, if any they have, why sanctions should not be assessed against them under Fed. R. Civ. P. 16(f) for their failure to participate in a settlement conference with the court.

DONE AND ORDERED this 22nd day of November, 2011.

/s/  Joseph G. Scoville_____
United States Magistrate Judge