IN THE UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RANDI FISHER, as Personal Representative for the Estate of MADISON FISHER, Deceased, RANDI FISHER and JASON FISHER, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATED OF AMERICA, THERESA LAMBERT, R.N., SUSAN LINDAUER, R.N., DANIELLE FORWARD, R.N., GWEN BAKER, R.N., LEE SALMONSEN, RNC, DEBORAH LARSON, R.N., CAROL WOHLSCHIED, R.N., BATTLE CREEK HEALTH SYSTEM and TRINITY HEALTH CORPORATION, Jointly and Severally,<br><br>Defendants. | Case No. 1:11-cv-00242-PLM<br>Hon. Paul L. Maloney<br><br>**AFFIDAVIT OF SHERRIE DOUCETTE REGARDING SHOW CAUSE ORDER OF NOVEMBER 22, 2011** |

| | |
|---|---|
| BRIAN J. McKEEN (P34123)<br>PHILLIP B. TOUTANT (P72992)<br>McKEEN & ASSOCIATES, P.C.<br>Attorneys for Plaintiff<br>645 Griswold St., Ste. 4200<br>Detroit, MI 48226<br>(313) 961-4400/FAX 5985<br><br>AGNES KEMPKER-CLOYD (P28197)<br>Assistant United States Attorney<br>PO Box 208<br>Grand Rapids, MI 49501-0208<br>(616) 456-2404 | CAROL D. CARLSON (P41345)<br>CINDY C. BOER (P65131)<br>SMITH, HAUGHEY RICE & ROEGGE<br>Attorneys for Defendants Nurses<br>Lambert, Lindauer, Forward, Baker,<br>Larson, Wohlschied; Battle Creek Health<br>System and Trinity Health Corporation<br>250 Monroe Ave. NW, Ste. 200<br>Grand Rapids, MI 49503<br>(616) 774-8000<br><br>PAUL J. MANION (P17049)<br>MATTHEW J. THOMAS (P60283)<br>Rutledge, Manion, Rabaut, Terry and Thomas, P.C.<br>Attorneys for Lee Salmonsen, RNC |

McKeen & Associates, P.C. • 645 Griswold Street, Suite 4200 • Detroit, MI 48226 • (313) 961-4400

333 W. Fort St., Suite 1600
Detroit, MI 4822 6

## AFFIDAVIT OF SHERRIE DOUCETTE REGARDING SHOW CAUSE ORDER OF NOVEMBER 22, 2011

STATE OF MICHIGAN )
§§ )
COUNTY OF WAYNE )

I, SHERRIE DOUCETTE, by this affidavit, attest to the following:

1. I am employed in as a legal assistant to Phillip Toutant and one other attorney at the law firm of McKeen & Associates, P.C., and I am responsible for all of his scheduling.

2. On November 22, 2011 around 2:00 PM, I received a call from the Court, inquiring as to where Plaintiffs' counsel was, and that there was a settlement conference taking place.

3. This call from the court was the first that I had heard of the Court's settlement conference.

4. Further investigation revealed that when the e-filing system was set up for Mr. Toutant for the United States District Court for the Western District of Michigan, it had not been added to the e-filing notification list.

5. Subsequently, on Friday, December 2, 2011, I spoke with Mary from the ECF help desk at the United States District Court for the Western District of Michigan.

6. Mary informed me that I should have been receiving notifications on the above-captioned matter, and was unsure as to why I had not received e-filing notifications.

7. Upon information and belief, I have now been added to the e-filing list for the above-captioned matter.

8. Further, affiant sayeth not.

_____
Sherrie I. Doucette

Subscribed and sworn to before me
on this 6 day of Dec, 2011
_____
Notary Public, Wayne County
My Commission Expires: Jan 24, 2016

Delia Macias
Notary Public State of: Michigan
My Commission Expires: January 24, 2016
Acting in the County of: Wayne

McKeen & Associates, P.C. ● 645 Griswold Street, Suite 4200 ● Detroit, MI 48226 ● (313) 961-4400

Delia Macias
Notary Public State of: Michigan
My Commission Expires: January 24, 2016
Acting in the County of: Wayne