IN THE UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF MICHIGAN

RANDI FISHER, as Personal )
Representative for the Estate of MADISON )
FISHER, Deceased, RANDI FISHER and )
JASON FISHER, Individually, )
)
Plaintiffs, )
)
v. ) Case No. 1:11–CV–00242-PLM
) Hon. Paul L. Maloney
)
UNITED STATED OF AMERICA, THERESA ) **STIPULATED ORDER**
LAMBERT, R.N., SUSAN LINDAUER, ) **DISMISSING CASES**
R.N., DANIELLE FORWARD, R.N., GWEN ) **WITHOUT PREJUDICE**
BAKER, R.N., LEE SALMONSEN, RNC, )
DEBORAH LARSON, R.N., CAROL )
WOHLSCHIED, R.N., BATTLE CREEK )
HEALTH SYSTEM and TRINITY HEALTH )
CORPORATION, Jointly and Severally, )
)
Defendants. )

| BRIAN J. McKEEN (P34123) | CAROL D. CARLSON (P41345) |
| PHILLIP B. TOUTANT (P72992) | CINDY C. BOER (P65131) |
| McKEEN & ASSOCIATES, P.C. | SMITH, HAUGHEY RICE & ROEGGE |
| Attorneys for Plaintiff | Attorneys for Defendants Nurses |
| 645 Griswold St., Ste. 4200 | Lambert, Lindauer, Forward, Baker, |
| Detroit, MI 48226 | Larson, Wohlschied; Battle Creek Health |
| (313) 961-4400/FAX 5985 | System and Trinity Health Corporation |
|  | 250 Monroe Ave. NW, Ste. 200 |
| AGNES KEMPKER-CLOYD (P28197) | Grand Rapids, MI 49503 |
| Assistant United States Attorney | (616) 774-8000 |
| PO Box 208 |  |
| Grand Rapids, MI 49501-0208 | PAUL J. MANION (P17049) |
| (616) 456-2404 | MATTHEW J. THOMAS (P60283) |
|  | Rutledge, Manion, Rabaut, Terry and |
|  | Thomas, P.C. |
|  | Attorneys for Lee Salmonsen, RNC |

McKeen & Associates, P.C. • 645 Griswold Street, Suite 4200 • Detroit, MI 48226 • (313) 961-4400

333 W. Fort St., Suite 1600
Detroit, MI 4822 6

## **STIPULATED ORDER DISMISSING CLAIMS WITHOUT PREJUDICE**

At a session in said Court
held in the City of Kalamazoo,
In the United States District Court, Western District Of Michigan
on _____

PRESENT: _____
Honorable Paul L. Maloney

Upon stipulation of the parties:

IT IS HEREBY ORDERED that Case Number 1:11–CV–00440-PLM filed in the United States District Court for the Western District of Michigan is hereby dismissed without prejudice, as it has been consolidated with the above-captioned matter, Case Number 1:11–CV–00242-PLM, filed in the United States District Court for the Western District of Michigan.

IT IS FURTHER ORDERED that any state law claims, filed in the Circuit Court for the County of Calhoun, State of Michigan, have been removed, given the court's agreement to exercise supplemental jurisdiction over these allegations, and they too have been consolidated with Case Number 1:11–CV–00242-PLM, filed in the United States District Court for the Western District of Michigan.

_____
Honorable Paul L. Maloney

/s/ Phillip Toutant
Phillip B. Toutant (P72992)

/s/ Agnes Kempker-Cloyd (with Permission)
Agnes Kempker-Cloyd (P28197)

/s/ Carol D. Carlson (with permission)
Carol D. Carlson (P41345)

/s/ Paul J. Manion (with permission)
Paul J. Manion (P17049)

McKeen & Associates, P.C. ● 645 Griswold Street, Suite 4200 ● Detroit, MI 48226 ● (313) 961-4400