UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDI FISHER, et al.,           )
                                )
        Plaintiffs,             )     Case No. 1:11-cv-242
                                )
v.                              )     Honorable Paul L. Maloney
                                )
UNITED STATES OF AMERICA, et al., )
                                )
        Defendants.             )
_____)

**ORDER REGARDING SETTLEMENT EFFORTS**

As agreed on the record at a hearing conducted on December 6, 2011:

IT IS ORDERED that no later than **December 16, 2011**, plaintiffs' counsel shall make a written demand on defense counsel.

IT IS FURTHER ORDERED that no later than **December 31, 2011**, counsel for defendant Salmonsen must inform all other counsel and the court in writing whether that defendant agrees to participate in voluntary facilitative mediation, all other parties having agreed to do so on the record. If all parties are agreeable to VFM, the court will enter an order requiring the case to be mediated within 60 days of defendant Salmonsen's notice of consent.

DONE AND ORDERED this 7th day of December, 2011.

/s/  Joseph G. Scoville
United States Magistrate Judge