UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Magistrate Judge |
|---|---|---|---|---|
| 1:11-cv-242 (PLM) | 12/6/2011 | 3:05 PM - 3:40 PM | Grand Rapids, MI | Joseph G. Scoville |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| Randi Fisher, et al | Theresa Lambert, et al |

| Plaintiff: **APPEARANCES** | Defendant: |
|---|---|
| Phillip Toutant and Brian McKeen | Cindy Boer, Agnes Kempker-Cloyd and Matthew Thomas |
|  |  |

**WITNESSES**

| | P D | | P D |
|---|---|---|---|
| | P D | | P D |
| | P D | | P D |

**PROCEEDINGS**

**NATURE OF HEARING:**  Show Cause Hearing and Deft's Motion to Compel [33]; Motion to Compel is granted; Sanctions imposed against pltf for failure to appear at Settlement Conference; Pltf to make written demand by 12/16/11; Counsel for deft Salmonsen to notify all parties and the Court by 12/31/2011 if client will agree to VFM; Order to issue

Recorded: Digital        Deputy Clerk: D. Hand