UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RANDI FISHER, et al.,            )
                                 )
            Plaintiffs,          )   Case No. 1:11-cv-242
                                 )
v.                               )   Honorable Paul L. Maloney
                                 )
UNITED STATES OF AMERICA, et al.,)
                                 )
            Defendants.          )
_____)

The parties have expressed their willingness to participate in the VFM process. Accordingly:

IT IS ORDERED that this matter is hereby referred to Voluntary Facilitative Mediation. The parties have fourteen (14) days from the date of this Order to jointly choose one mediator from the list of court certified mediators.[1] Plaintiff is responsible for notifying the ADR Administrator [2] of the name of the selected mediator. If the parties are unable to jointly select a mediator, they must notify the ADR Administrator, who will select a mediator for them. Once the mediator is selected, a Notice will issue regarding the method and schedule for the mediation conference.

---

[1] www.miwd.uscourts.gov

[2] ADR Administrator, U.S. District Court, 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503; 616/456-2381; adr@miwd.uscourts.gov

IT IS FURTHER ORDERED that the first meeting between the parties and the VFM mediator shall take place within 60 days of the date of this Order.

DONE AND ORDERED this 3rd day of January, 2012.

/s/  Joseph G. Scoville
United States Magistrate Judge