UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDI FISHER, et al.,

       Plaintiffs,                            Case No. 1:11-cv-00242-PLM

v.                                          Hon. Paul L. Maloney

MARY ELLEN BENZIK, et al.,

       Defendants.
_____/

**ORDER**

      On April 2, 2012, the Court was informed by telephone call from counsel for the plaintiff that the parties have resolved both the motion filed by defendant United States of America to dismiss counts 2, 3, and 13, or in the alternative, motion for partial summary judgment on those counts (ECF No. 77) and the motion for partial summary judgment regarding claims of vicarious liability for conduct of Theresa Lambert, Susan Lindauer, Danielle Forward, Gwen Baker, Lee Salmonsen, Deborah Larson, and Carol Wohlschied also filed by defendant United States of America (ECF No. 79). Counsel represented that stipulations regarding the resolutions were to be filed. To date, the parties have yet to file the stipulations. The parties shall file the stipulations by May 22, 2012, or the motions filed as ECF Nos. 77 and 79 will be GRANTED by the Court.

      IT IS SO ORDERED.

Dated: May 15, 2012                              /s/ Paul L. Maloney
                                                    PAUL L. MALONEY
                                                    Chief United States District Judge