UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDI FISHER, et al.,

    Plaintiffs,                                Case No. 1:11−cv−00242−PLM

v.                                             Hon. Paul L. Maloney

MARY ELLEN BENZIK, et al.,

    Defendants.
_____/

## **ORDER**

    The Court has been informed by Report Following Voluntary Facilitative Mediation Session of the agreement between the parties to settle this matter (ECF No. 131). Accordingly, appropriate closing documents shall be filed with the Court by March 13, 2013.

    IT IS SO ORDERED.

Dated: February 13, 2013                             /s/ Paul L. Maloney
                                                               PAUL L. MALONEY
                                                               Chief United States District Judge